UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

Civil Action No. 3:11-cv-11-30280-MAP

| | |
|---|---|
| EASTHAMPTON SAVINGS BANK, ET AL | ) ) ) |
| PLAINTIFFS | ) ) |
| v. | ) ) |
| CITY OF SPRINGFIELD | ) ) |
| DEFENDANT | ) |

### PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT

Now come the Plaintiffs and hereby move that judgment enter declaring the Foreclosure Ordinance invalid and that portions of the Mediation Ordinance be declared invalid. The basis for this Motion is further articulated in the Memorandum of Law filed simultaneously herewith.

WHEREFORE, the Plaintiffs move for entry of judgment consistent with the Memorandum of Law filed herewith.

Respectfully submitted,
The Plaintiffs,
Easthampton Savings Bank, et al,
By their attorney,

/s/ Tani E. Sapirstein
Tani E. Sapirstein, Esq.
BBO #236850
SAPIRSTEIN & SAPIRSTEIN, P.C.
1350 Main Street, 12th Floor
Springfield, MA 01103
Tel. (413) 827-7500
Dated: May 30, 2012         Fax (413) 827-7797

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      Edward M. Pikula, Esq.
      City of Springfield Law Department
      36 Court Street, 2nd Floor
      Springfield, MA 01103

Dated:  May 30, 2012                /s/ Tani E. Sapirstein
                                              Tani E. Sapirstein