# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

EASTHAMPTON SAVINGS BANK, ET AL.,    )
    Plaintiffs    )
    )    CIVIL ACTION
    v.    )    NO. 3:11-cv-30280-MAP
    )
CITY OF SPRINGFIELD    )
    Defendants    )

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant City of Springfield, against the plaintiff's Easthampton Savings Bank, et al., pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

    **SARAH A. THORNTON**,
    CLERK OF COURT

Dated: July 3, 2012    By  /s/ *Maurice G. Lindsay*
    Maurice G. Lindsay
    Deputy Clerk

(Civil Judgment (Routine) 3.wpd - 11/98)
[jgm.]